The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL ZERULL,

Defendant.

No.  CR26-006 KKE

ORDER OF DISMISSAL

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to Defendant DANIEL ZERULL.  Dkt. No. 7.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned Defendant are dismissed, without prejudice.

DATED this 23rd day of March, 2026.

_____
Kymberly K. Evanson
United States District Judge

Order of Dismissal - 1
*United States v. Zerull*, CR26-006 KKE